IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DARIUS WILLIAMS**                                                                                            **PLAINTIFF**

**VS.**                                                   **CAUSE NO. 3:23-CV-2982-CWR-LGI**

**MADISON COUNTY, MISSISSIPPI,
SHERIFF RANDY TUCKER, IN HIS
OFFICIAL CAPACITY, DEPUTY JOHN
LOVE, DEPUTY JOHN MCDONALD, and
DEPUTY JOHN DOES 1-2, IN THEIR
INDIVIDUAL AND OFFICIAL CAPACITIES**                     **DEFENDANTS**

## STIPULATION OF DISMISSAL FOR CERTAIN STATE LAW CLAIMS OF PLAINTIFF'S

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Darius Williams, with the consent of Defendants Madison County, Mississippi, Sheriff Randy Tucker in his Official Capacity, and Deputy Justin McDonald, stipulates that all of his state-law claims, except for his claims of intentional infliction of emotional distress asserted against Deputy Justin McDonald, Deputy Yaschia Love, and Deputy John Does 1-2, are hereby voluntarily dismissed with prejudice with Plaintiff and Defendants to bear their own costs and expenses with respect to those claims.

So stipulated, this the 12th day of March, 2024.

**FILED BY:**

s/ Carlos Eugene Moore
Carlos Eugene Moore, Esq.
Counsel for Plaintiff Darius Williams

**AGREED TO BY:**

s/ Charles E. Cowan
Charles E. Cowan, Esq.
Counsel for Defendants Madison County, Mississippi,
Sheriff Randy Tucker, in his Official Capacity, and Deputy Justin McDonald