IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DARIUS WILLIAMS**                                                                                                  **PLAINTIFF**

**VS.**                                                                                      **Civil Action No. 3:23-cv-02982-CWR-LGI**

**MADISON COUNTY, MISSISSIPPI,**
**SHERIFF RANDY TUCKER, IN HIS**
**OFFICIAL CAPACITY, DEPUTY JOHN**
**LOVE, DEPUTY JOHN MCDONALD, and**
**DEPUTY JOHN DOES 1-2, IN THEIR**
**INDIVIDUAL AND OFFICIAL CAPACITIES**                                                        **DEFENDANTS**

**UNOPPOSED MOTION TO CONTINUE AUGUST 27 SETTLEMENT CONFERENCE**

      Defendants Madison County, Mississippi, Sheriff Randy Tucker, and Deputy Justin McDonald (collectively "Moving Defendants") hereby move for a continuance of the August 27, 2024 settlement conference in this case and in support hereof show the following:[1]

      1.      Presently, the settlement conference in this case is set for August 27, 2024. By text-only order entered on July 17, 2024, the Court recently extended the discovery deadline until October 4, 2024, and the motions deadline to October 18, 2024. Trial of this matter is set for April 1, 2025.

      2.      Defendant Yaschia Love was only recently served with process, and this Court granted her until August 5, 2024 to answer Plaintiff's Second Amended Complaint. A discovery teleconference was held on July 2, 2024, in which this Court granted Moving Defendants' *ore tenus* motion to compel Plaintiff to serve supplemental responses to written discovery issued by Madison County, Mississippi.

---

[1] Due to the brevity of this Motion and the simple nature of the requested relief, Moving Defendants request that this Court waive the requirement of a separate memorandum brief in support thereof.

1

3.     To date, Moving Defendants have not received the supplemental discovery responses ordered and Plaintiff's counsel has stated he is looking into their status. Plaintiff is incarcerated in Bradshaw State Jail in Henderson, Texas. Moving Defendants have yet to be able to take Plaintiff's deposition because of the delay in receiving adequate discovery responses from Plaintiff. At this time, Moving Defendants know nothing of Plaintiff's medical condition or the identity of Plaintiff's medical providers. Moving Defendants are wholly unable to assess or evaluate the case without meaningful discovery into Plaintiff's claims asserted against them in this case.

4.     That said, because of the discovery delays and the inability to obtain information on Plaintiff's claims, it is almost certain that the settlement conference currently scheduled for August 27, 2024 would not be fruitful. Moving Defendants are mindful of the important role the Magistrate Judge serves in facilitating potential resolution of cases in this Court and wish to be respectful of her time. Accordingly, Moving Defendants submit that a settlement conference is more likely to be productive if set for a time after expiration of the motions deadline in this case on October 18, 2024. Moving Defendants believe such constitutes good cause to continue the settlement conference to a date and time convenient for the Magistrate Judge.

5.     Moving Defendants have conferred with counsel for Plaintiff, who agrees that the August 27, 2024 settlement conference should be continued to a later date and Plaintiff does not oppose this Motion.

WHEREFORE, Defendants Madison County, Mississippi, Sheriff Randy Tucker, and Deputy Justin McDonald respectfully request this Court continue the August 27, 2024 settlement conference until a date after expiration of the motions deadline on October 18, 2024.

This the 26th day of July, 2024.

Respectfully submitted,

**MADISON COUNTY, MISSISSIPPI,
SHERIFF RANDY TUCKER, and DEPUTY
JUSTIN MCDONALD, DEFENDANTS**

By:  /s/ *Charles E. Cowan*
CHARLES E. COWAN

**OF COUNSEL:**

Charles E. Cowan (MB #104478)
Meagan E. Guyse (MB #106648)
WISE CARTER CHILD & CARAWAY, PA
401 E. Capitol Street, Suite 600
Post Office Box 651
Jackson, Mississippi 39205
Telephone: (601) 968-5514
Facsimile: (601) 968-5519
cec@wisecarter.com
meg@wisecarter.com

## CERTIFICATE OF SERVICE

I, Charles E. Cowan, hereby certify that I have electronically filed the foregoing with the Clerk of Court using the ECF system, which automatically sent email notification to all counsel of record.

This the 26th day of July, 2024.

*s/ Charles E. Cowan*
CHARLES E. COWAN
