IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DARIUS WILLIAMS**                                                                                       **PLAINTIFF**

**VS.**                                                             **CAUSE NO.: 3:23-CV-2982-CWR-LGI**

**MADISON COUNTY, MISSISSIPPI,**
**SHERIFF RANDY TUCKER, IN HIS**
**OFFICIAL CAPACITY, DEPUTY**
**JOHN LOVE, DEPUTY JOHN MCDONALD,**
**and DEPUTY JOHN DOES 1-2, IN THEIR**
**INDIVIDUAL AND OFFICIAL CAPACITIES**                                              **DEFENDANTS**

_____

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**
_____

COMES NOW, the undersigned attorney, Carlos E. Moore, Esq. of **CARLOS MOORE LAW GROUP**, and files this Unopposed Motion to Withdraw as Counsel for the Plaintiff, Darius Williams, showing unto the Court the following, to-wit:

I.

Plaintiff and his counsel have had difficulty communicating and have reached an impasse on how to proceed with this case, and it would be in the Plaintiff's best interest to retain new counsel. Thus, the undersigned counsel is requesting permission to withdraw as counsel of record.

II.

There will be no adverse effect on the interest of the client by the undersigned attorney withdrawal and the parties will not be prejudiced by the withdrawal. Further,

Plaintiff's Counsel requests that Plaintiff have thirty (30) days to obtain new counsel or proceed pro se in this matter.

III.

All Defendants have been queried via counsel of record, and counsel for all Defendants have indicated no opposition to the instant motion.

WHEREFORE, PREMISES CONSIDERED, the attorney of record, Carlos E. Moore, Esq. of **CARLOS MOORE LAW GROUP**, respectfully requests this Honorable Court to permit withdrawal as counsel for the Plaintiff, Darius Williams.

Respectfully submitted, this the 14th day of August, 2024.

**Darius Williams, Plaintiff**

**By:**    */s/ Carlos E. Moore*
**Carlos E. Moore, MSB# 100685**

OF COUNSEL:

**CARLOS MOORE LAW GROUP**
306 Branscome Drive
P. O. Box 1487
Grenada, MS 38902-1487
662-227-9940 – phone
662-227-9941 – fax
Email: carlos@morebymoore.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that I have this date served via the electronic filing system and/or mailed via U.S. Mail, postage pre-paid, a true and correct copy of the above and foregoing to the following:

Bradshaw State Jail
Attn: Darius Williams, Inmate
3900 West Loop 571 N.
Henderson, TX 75653
*Plaintiff*

Charles E. Cowan, Esq.
Meagan E. Guyse, Esq.
WISE CARTER CHILD & CARAWAY, PA
401 E. Capitol Street, Suite 600
Post Office Box 651
Jackson, Mississippi 39205
Telephone: (601) 968-5514
Facsimile: (601) 968-5519
cec@wisecarter.com
meg@wisecarter.com
*Attorneys for Defendant*

THIS, the 14th day of August, 2024.

                                                        */s/ Carlos E. Moore*
                                                        CARLOS E. MOORE, ESQ.