IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DARIUS WILLIAMS**                                                                                **PLAINTIFF**

VS.                                                           **CAUSE NO.:3:23-CV-2982**

**MADISON COUNTY, MISSISSIPPI,
SHERIFF RANDY TUCKER, IN HIS
OFFICIAL CAPACITY, DEPUTY
YASCHIA LOVE, DEPUTY JUSTIN MCDONALD,
And DEPUTY JOHN DOES 1-2
IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITIES**                                     **DEFENDANTS**

## NOTICE OF SERVICE

NOTICE IS HEREBY GIVEN that notice of Withdrawal, Order of Withdrawal, and Darius Williams' case file have been forwarded to Darius Williams via Junk Drive (United States Postal Service Mail) to both of the below addresses:

1. Bradshaw State Jail

    Attn: Darius Williams, Inmate

    3900 West Loop 571 N.

    Henderson, TX 75653


2.    3000 Hereford Drive

    Forney, Texas 75726


This the 19th day of August, 2024

.

                    Respectfully Submitted,

                    **/s/ Carlos E. Moore**
                    Carlos E. Moore, MSB # 100685

OF COUNSEL:
**CARLOS MOORE LAW GROUP**
306 Branscome Drive
Post Office Box 1487
Grenada, Mississippi  38902-1487
662-227-9940
662-227-9941 – fax

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this date mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing to:

Bradshaw State Jail
Attn: Darius Williams, Inmate
3900 West Loop 571 N.
Henderson, TX 75653

Darius Williams
3000 Hereford Drive
Forney, Texas 75726

CHARLES E. COWAN
P.O. Box 651
Jackson, MS 39205-0651
401 E Capitol St. 600 Heritage Building
Jackson, MS 39201
P:601.968-5514
F:601.968.5593

THIS, the 19th day of August, 2024.

BY: /s/ Carlos E. Moore
Carlos E. Moore