IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DARIUS WILLIAMS**                                                                                          **PLAINTIFF**

**v.**                                                                      **CASE NO.: 3:23-cv-2982-CWR-LGI**

**MADISON COUNTY, MISSISSIPPI, ET AL**                                                     **DEFENDANTS**

### ORDER GRANTING MOTION OF COUNSEL FOR PLAINTIFF TO WITHDRAW

A Motion to Withdraw [55] was filed by Carlos Moore of the law firm of Carlos Moore Law Group to withdraw as counsel for Plaintiff Darius Williams. The Court deferred ruling on the Motion until movant properly notified Plaintiff of Counsel's intent to withdraw and provided the Court proof of such notice (#56). Movant submitted a Notice of Service (#57) on August 19, 2024, certifying that he provided Plaintiff a copy of his case file via United States Postal Service Mail.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Carlos Moore and the firm of Carlos Moore Law Group shall be withdrawn as counsel of record for Plaintiff in the instant case.

**IT IS FURTHER ORDERED** that Plaintiff Darius Williams has until October 10, 2024, to: (1) retain new counsel to represent him in this case and to have new counsel file an entry of appearance; or (2) notify the Court in writing, with a copy to counsel for Defendants, that Plaintiff intends to proceed pro se in this case.

SO ORDERED this the 26th day of August 2024.

/s/ LaKeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE