CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MISSISSIPPI 39201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
OCT 10 2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Special Mail — Open in the presence of the inmate

US POSTAGE (M) PITNEY BOWES
ZIP 39201
02 7H
0006204565
$ 000.69⁰
OCT 02 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Oct 10 2024
ARTHUR JOHNSTON, CLERK

Darius Williams, Inmate # 02446179
Bradshaw State Jail
P.O. Box 6000
Henderson, Texas 75653

NIXIE      711  DE 1          0010/07/24
          RETURN TO SENDER
           NO SUCH NUMBER
          UNABLE TO FORWARD

BC: 39201502299      *1366-00727-02-46

**Utility Events**
3:23-cv-02982-CWR-LGI
Williams v. Madison County, Mississippi et al

JURY,LGI,TRIAL_SET

## U.S. District Court

## Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 10/1/2024 at 2:38 PM CDT and filed on 10/1/2024
**Case Name:** Williams v. Madison County, Mississippi et al
**Case Number:** 3:23-cv-02982-CWR-LGI
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**NOTICE OF CANCELLATION: Due to recent developments in the case, the Settlement Conference, currently set for November 5, 2024, is hereby cancelled. The conference will be reset for a later date. ***Deadlines/Hearings terminated. (MJ)**

**3:23-cv-02982-CWR-LGI Notice has been electronically mailed to:**

Charles E. Cowan     cec@wisecarter.com, ejs@wisecarter.com

Meagan Guyse     meg@wisecarter.com

**3:23-cv-02982-CWR-LGI Notice has been delivered by other means to:**

Darius Williams

**Utility Events**

3:23-cv-02982-CWR-LGI
Williams v. Madison County, Mississippi et al

JURY,LGI,TRIAL_SET

## U.S. District Court

### Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 10/1/2024 at 2:42 PM CDT and filed on 10/1/2024
**Case Name:** Williams v. Madison County, Mississippi et al
**Case Number:** 3:23-cv-02982-CWR-LGI
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**NOTICE OF SETTING: Telephonic Status Conference set for 11/5/2024 at 09:30 AM before Magistrate Judge LaKeysha Greer Isaac. The parties are instructed to use the following Dial-in Number for the Conference: (888) 684-8852 PASSCODE: 3566012. (MJ)**

**3:23-cv-02982-CWR-LGI Notice has been electronically mailed to:**

Charles E. Cowan    cec@wisecarter.com, ejs@wisecarter.com

Meagan Guyse    meg@wisecarter.com

**3:23-cv-02982-CWR-LGI Notice has been delivered by other means to:**

Darius Williams