IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DARIUS WILLIAMS**                                                                        **PLAINTIFF**

**VS.**                                     **Civil Action No. 3:23-CV-2982-CWR-LGI**

**MADISON COUNTY, MISSISSIPPI,**
**YASCHIA LOVE, DEPUTY JOHN**
**LOVE, DEPUTY JOHN MCDONALD, and**
**DEPUTY JOHN DOES 1-2, IN THEIR**
**INDIVIDUAL AND OFFICIAL CAPACITIES**                      **DEFENDANTS**

## DEFENDANTS' MEMORANDUM
## IN SUPPORT OF THEIR MOTION TO COMPEL

Defendants Madison County, Mississippi, Deputy Justin McDonald, and Yaschia Love ("Defendants") file this their Motion to Compel, and in support hereof state the following:

1. On February 23, 2024, Defendants served their First Set of Interrogatories and Requests for Production and Documents Propounded to Plaintiff Darius Williams ("Plaintiff"). [Dkt. #19]; [Dkt. #20].

2. Plaintiff served his unsworn responses to Defendant's discovery on May 31, 2024. [Dkt. #37]; [Dkt. #38].

3. On June 24, 2024, Defendants sent a Good Faith Letter to Plaintiff's counsel asking that Plaintiff supplement his inadequate discovery responses and provide a verification swearing to those responses. *See* Exhibit A, June 24, 2024 Good Faith Letter.

4. A telephonic conference was held with this Court regarding Plaintiff's failure to respond to Defendants' good-faith letter on July 2, 2024 in which Defendants presented an *ore tenus* motion to compel Plaintiff's supplemental discovery responses. This Court filed a text-only order granting the motion to compel and requiring Plaintiff to provide such responses requested by Defendants. Plaintiff never complied with this order.

1

5.     Plaintiff's former counsel ultimately filed a Motion to Withdraw as Counsel which this Court granted. [Dkt. #55]; [Dkt. #58]. On November 5, 2024, a telephonic status conference was held with this Court where Plaintiff informed the Court that he intended to proceed pro se.

6.     On January 31, 2025, a telephonic discovery conference was held with this Court to address Plaintiff's outstanding supplemental responses to Defendants' written discovery requests. Following this conference, this Court entered a text-only order directing Defendants to provide Plaintiff with a copy of the discovery requests at issue by February 7, 2025, and directing Plaintiff to provide his supplemental responses to these requests by March 7, 2025.

7.     Defendants' Good Faith Letter addressing Plaintiff's deficient discovery responses was mailed to Plaintiff on February 2, 2025 and was delivered on February 3, 2025. *See* Exhibit B, Proof of Delivery of February 2, 2025 Good Faith Letter.

8.     To date, Plaintiff has not provided Defendants with his supplemental discovery responses. Plaintiff filed this suit over one year ago, on October 3, 2023. *See* Complaint, [Dkt. #1]. These Defendants certify that they have made several good faith efforts to obtain adequate discovery responses from Plaintiff without the Court's intervention. Plaintiff's failure to respond to Defendants' written discovery has frustrated Defendants' ability to defend this matter and prejudiced the timely and orderly adjudication of Plaintiff's claims.

**WHEREFORE**, Defendants Madison County, Mississippi, Deputy Justin McDonald, and Yaschia Love request that this Court enter an order requiring Plaintiff Darius Williams serve responses to Defendants' First Set of Interrogatories and Requests for Production of Documents within seven (7) days of the entry of this Court's order.

Respectfully submitted, this the 11th day of March 2025.

                    **MADISON COUNTY, MISSISSIPPPI,
DEPUTY JUSTIN MCDONALD, AND
YASCHIA LOVE, DEFENDANTS**

                    BY: /s/ *Meagan E. Guyse*
                         MEAGAN E. GUYSE

**OF COUNSEL**:

Charles E. Cowan (MB #104478)
Meagan E. Guyse (MB #106648)
WISE CARTER CHILD & CARAWAY, PA
401 E. Capitol Street, Suite 600
Post Office Box 651
Jackson, Mississippi 39205
Telephone: (601) 968-5514
Facsimile: (601) 968-5519
cec@wisecarter.com
meg@wisecarter.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day I electronically filed the above pleading or other paper with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record. I further certify I have mailed a copy of the foregoing to Plaintiff at the address listed on the ECF docket of this matter.

      SO CERTIFIED: March 11, 2025

                          /s/ *Meagan E. Guyse*
                          MEAGAN E. GUYSE