Hey my name is Darius Williams ("Plaintiff") who filled a complaint on Madison County Civil Action No: 3:23-CV-02982-CWR-LGI. My lawyer who was representing me been disbarred an dropped my case. Im currently incarcerated in texas Department of Criminal justice at A facility called Bradshaw State Jail I will have my mother Gloria Buckhalter contact you on my behalf she is my Power of Attorney Her number is 601-882-7239. I need you to contact her i just received my mail from March 28, 2025 on this hereby date an time August 25, 2025 time 1:31 p.M. last i spoke with you i told you i was gone find another lawyer to represent me im currently representing myself i do wish to extend my time to produce supplements for case. I would like for you to not dismiss my claims cause they are true im tryna get camera footage of abuse an neglect how they beat me an sent me to a isolated holding cell while i requested medical attention. The officer here been bringing me my mail late because it come from out of state they think this is how contraband being introduce to facility. I would like for you to please take this into consideration an grant me more time thank you.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP - 2 2025
BY ARTHUR JOHNSTON DEPUTY

