Darius Williams  
Bradshaw State Jail  
3900 West Loop 517 N  
Henderson, Tx 75653

RECEIVED
SEP 02 2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Lakeysha Greer Isaac  
Clerk, U.S District Court  
Southern District of Mississippi  
501 E. Court St., Ste 2.500  
Jackson, Mississippi 39201